(February 18, 1971)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES PETERS, Respondent, v. CHARLES CYRTA, as Warden of the Suffolk County Jail, Appellant.—

638

Munder, Acting P. J., Martuscello, Shapiro and Gulotta, JJ., concur.